■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PHAROAH WILLIAMS, Appellant. [849 NYS2d 188]—Judgments, Supreme Court, New York County (Leslie Crocker Snyder, J.), rendered on or about June 6, 2003, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Buckley and Catterson, JJ.